# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GREGORY LEE MCCALL,

    Petitioner,

    vs.

LINDA T. MCGREW, WARDEN; GUSTIN, ASSISTANT WARDEN; S. STIPE, EDUCATION TEACHER; J. TONEY, ASSISTANT WARDEN; M. SCHULDT, ASSISTANT SUPERVISOR OF EDUCATION,

    Respondents.

Case No. EDCV 12-1800-VAP (DTB)

**JUDGMENT**

    In accordance with the Order re Summary Dismissal of Action filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: _Oct 31 2012_

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1